DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| 474P11-2 | State v. Charles Vincent Hayes | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP14-841) | 1. Dismissed *ex mero motu* |
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 2. Dismissed |
| 493P10-3 | State v. Elijah Shane Clary | 1. Def's *Pro Se* Motion for PDR | 1. Denied |
| | | 2. Def's *Pro Se* Motion for Extension of Time | 2. Dismissed as moot |
| | | 3. Def's *Pro Se* Motion for Notice of Intent to Seek Review | 3. Dismissed |
| 510PA13 | State v. Floyd Edward May, Sr. | Def's Motion to Take Judicial Notice of the Files of the Appellate Courts in the Case of State v. Roberts and State v. Bunch | Allowed<br>**Ervin, J., recused** |
| 597P06-2 | Alfred Alphonza Wallace v. Lawrence Parsons | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied<br>**05/12/2015** |